UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLIANCE ATLANTIS RELEASING LIMITED, an England and Wales corporation, dba MOMENTUM PICTURES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BOB YARI PRODUCTIONS, a California corporation; and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. **CV 08-05526 GW (SSx)**<br><br>**JUDGMENT**<br><br>Date:　　　Apr. 28, 2010 |
| ALLIANCE ATLANTIS RELEASING LIMITED, an England and Wales corporation, dba MOMENTUM PICTURES, AURUM PRODUCCIONES S.A., a Spain corporation, and ALLIANCE FILMS INC., a Canada corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BOB YARI PRODUCTIONS, a California corporation; and DOES 1-10,<br><br>　　　　Defendants. | **CASE NO. CV 09-01618 GW (SSx)** |

Judgment

This action came for hearing before the Court, Honorable George H. Wu, United States District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered by written opinion dated April 12, 2010;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Plaintiff Alliance Atlantis Releasing Limited dba Momentum Pictures ("Momentum") shall recover from Defendant Bob Yari Productions aka Persik Productions, Inc. ("Persik") the sum of $1,369,773, plus pre-judgment interest at the contractually-set interest rate of LIBOR + 2% totaling $33,926 through April 11, 2010, plus Plaintiff's cost of this action.

2. Plaintiff Aurum Producciones, S.A. shall recover from Defendant Persik the sum of $2,209,626, plus pre-judgment interest at the contractually-set interest rate of LIBOR + 2% totaling $66,567, through April 11, 2010, plus Plaintiff's costs of this action.

3. Alliance Films Inc. shall recover from Defendant Persik the sum of $2,367,008, plus pre-judgment interest at the contractually set rate of LIBOR+2% totaling $47,242, through April 11, 2010, plus Plaintiff's cost of this action.

4. On Momentum Pictures' claim for declaratory relief, the Court finds in favor of Momentum Pictures and finds and declares that (a) Momentum Pictures was contractually entitled to provide to Persik the "Momentum Addicted Put Notice" on January 9, 2009; (b) the Put Notice was valid and timely; and (c) Persik was required to accept from Momentum an assignment of the distribution rights in its territory for the film *Addicted* and pay the amount demanded in the Put Notice.

5. On Aurum Producciones, S.A.'s claim for declaratory relief, the Court finds in favor of Aurum Producciones, S.A. and finds and declares that (a) Aurum Producciones, S.A. was contractually entitled to provide to Persik the "Aurum Addicted Put Notice" on January 9, 2009; (b) the Put Notice was valid and

[PROPOSED] JUDGMENT

timely; and (c) Persik was required to accept from Aurum Producciones, S.A. an assignment of the distribution rights in its territory for the film *Addicted* and pay the amount demanded in the Put Notice.

6. Aurum Producciones, S.A. is further entitled to a declaration, and the Court finds and declares that (a) Aurum Producciones, S.A. was contractually entitled to provide to Persik the "Aurum Husband Put Notice" on February 23, 2009 and May 26, 2009; (b) the Put Notices were valid and timely; and (c) Persik was required to accept from Aurum Producciones, S.A. an assignment of the distribution rights in its territory for the film *Husband* and pay the amount demanded in the Put Notices.

7. On Alliance Films Inc.'s claim for declaratory relief, the Court finds in favor of Alliance Films Inc. and finds and declares that (a) Alliance Films Inc. was contractually entitled to provide to Persik the "MPD Addicted Put Notice" on January 9, 2009; (b) the Put Notice was valid and timely; and (c) Persik was required to accept from Alliance Films Inc. an assignment of the distribution rights in its territory for the film *Addicted* and pay the amount demanded in the Put Notice.

8. Alliance Films Inc. is further entitled to a declaration, and the Court finds and declares that: (a) Alliance Films Inc. was contractually entitled to provide to Persik the "MPD Husband Put Notice" on February 23, 2009 and May 26, 2009; (b) the Put Notices were valid and timely; and (c) Persik was required to accept from Alliance Films Inc. an assignment of the distribution rights in its territory for the film *Husband* and pay the amount demanded in the Put Notices.

9. Notice of this judgment shall be deemed received by all parties as of this date.

10. This judgment disposes of all the claims and issues raised by the complaint filed in the matter CV 09-01618. The 09-1618 matter has been consolidated with the 08-05526 matter, however the Court finds that there is no just reason for delay in entering this Judgment with respect to the claims in the 09-1618

1  matter and, pursuant to Federal Rule of Civil Procedure 54(a), the Court directs
2  immediate entry of this Judgment against Defendant Persik.
3          11.    Plaintiffs Alliance Atlantis Releasing Limited dba Momentum
4  Pictures, Aurum Producciones, S.A., and Alliance Films Inc. are prevailing parties
5  in the CV 09-01618 matter and are entitled to costs.

        Dated at Los Angeles, California this May 27, 2010

*/s/ George H. Wu*

        HON. GEORGE WU

| | |
|---|---|
| 1 | Respectfully submitted: |
| 2 | |
| | QUINN EMANUEL URQUHART |
| 3 | OLIVER & HEDGES, LLP |
| 4 | By /s/ |
| 5 |     Yonaton Rosenzweig |
| |     Plaintiffs |
| 6 |     Alliance Atlantis Releasing Limited, dba |
| 7 |     Momentum Pictures, Aurum Producciones S.A., |
| |     and Alliance Films Inc. |
| 8 | |
| 9 | Dated:  April 26, 2010 |