*MADE JS-6*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALLIANCE ATLANTIS RELEASING LIMITED, et al. | <u>Consolidated Matter</u> |
| Plaintiffs, | **ORDER DISMISSING THIS ENTIRE ACTION WITH PREJUDICE** |
| vs. | **CASE NO. CV 08-5526-GW(SSx)** ◄ |
| BOB YARI PRODUCTIONS, et al. | CASE NO. CV 09-3872-GW(MANx) |
| Defendants. | CASE NO. CV 09-3873-GW(MANx) |
| *And related actions* | |

1  IT IS ORDERED that this matter is dismissed without prejudice pursuant to
2  Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3  
4  SO ORDERED

5  
6  Dated: November 9, 2011

_____
HON. GEORGE H. WU
United States District Court